# Third District Court of Appeal

## State of Florida

Opinion filed July 20, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-1865
Lower Tribunal No. 01-20469
_____

**Leonard Taylor,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Stacy D. Glick, Judge.

Leonard Taylor, in proper person.

Pamela Jo Bondi, Attorney General, and Douglas J. Glaid, Senior Assistant Attorney General, for appellee.

Before ROTHENBERG, LAGOA, and LOGUE, JJ.

PER CURIAM.

Defendant Leonard Taylor, ("Taylor"), appeals the trial court's July 10, 2015 order denying his Motion for Post-Conviction DNA Testing and

Supplemental Motion alleging Prosecutorial Misconduct. We affirm the trial court's order with respects to paragraphs 1, 3, and 4. We further address the State's proper confession of error and reverse paragraph 2 of the trial court's order. As the State correctly concedes, the rule 3.853 Motion currently before this Court is not time barred or successive based on this Court's opinion in Taylor v. State, 15 So. 3d 907 (Fla. 3d DCA 2009), as the trial court ruled in its July 10, 2015 order. This Court's prior appellate decision related to Taylor's burglary conviction in a different case, Case No. F01-20470.

Accordingly, we reverse paragraph 2 of the trial court's July 10, 2015 order and affirm as to the remaining paragraphs, 1, 3 and 4.

Affirmed in part; reversed in part.